IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MUMIA ABU-JAMAL, et al.,

        Plaintiffs,

v.                             3:15-CV-00967
                                 (JUDGE MARIANI)

JOHN KERESTES, et al.

        Defendants.

## ORDER

**AND NOW, THIS 22ND DAY OF JUNE, 2016**, upon consideration of Defendants Lisiak, Khanum, and Saxon's "Partial Motion to Dismiss Plaintiff's Amended Complaint" (Doc. 110), **IT IS HEREBY ORDERED THAT** said Motion is **DENIED**.

                                                      Robert D. Mariani
                                                      United States District Judge