# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUMIA ABU-JAMAL, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| v. : | **3:15-CV-00967** |
| : | **(JUDGE MARIANI)** |
| **JOHN KERESTES, et al.** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW, THIS 5TH DAY OF AUGUST, 2016**, upon consideration of Defendants Steinhart and Oppman's "Motion to Dismiss Plaintiff's Amended and Supplemental Complaint" as to the counts alleged against them (Doc.108), **IT IS HEREBY ORDERED THAT** said Motion is **GRANTED IN PART** and **DENIED IN PART**, to wit:

1. Count II is **DISMISSED** as to both defendants **WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** within **fourteen (14) days** of the date of this Order in accordance with the Court's accompanying Memorandum Opinion. Plaintiff's Counsel is **HEREBY PUT ON NOTICE** that the Court expects any such amendment to contain specific allegations of fact, stated in the active voice and delineating the specific actions or omissions by Defendant Steinhart or Defendant Oppman, if any, which establish personal involvement or knowledge and acquiescence in the constitutional violations alleged by Plaintiff.

2

2. Defendant Oppman's "Motion to Dismiss Plaintiff's Amended and Supplemental Complaint" (Doc. 108) is **DENIED** with respect to Count $V_1$ and Count $V_2$.

_____
Robert D. Mariani
United States District Judge