IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MUMIA ABU-JAMAL, et al.,

        Plaintiffs,

v.                             3:15-CV-00967
                                  (JUDGE MARIANI)
JOHN KERESTES, et al.

        Defendants.

## ORDER

**AND NOW, THIS 5TH DAY OF AUGUST, 2016**, upon consideration of Defendant Geisinger's "Motion to Dismiss Plaintiff's First Amended and Supplemental Complaint" (Doc. 63), **IT IS HEREBY ORDERED THAT** said Motion is **GRANTED.** The claims against Geisinger Medical Center are **DISMISSED** with prejudice.

Robert D. Mariani
United States District Judge