## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUMIA ABU-JAMAL, et al., | : |
| Plaintiffs, | : |
| v. | : 3:15-CV-00967 |
| | : (JUDGE MARIANI) |
| JOHN KERESTES, et al. | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 31ST DAY OF AUGUST, 2016**, upon consideration of Plaintiff's "Motion for Preliminary Injunction" (Doc. 23), the December 2015 evidentiary hearing on said Motion and subsequent supplementation of the evidentiary record, and all supporting and opposing briefs and documentation, and upon *de novo* review of Magistrate Judge Mehalchik's Report & Recommendation (Doc. 39) on the Motion for Preliminary Injunction, and Plaintiff's Objections thereto (Doc. 42), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Objections (Doc. 42) are **OVERRULED**.

2. The Report and Recommendation (Doc. 39) is **OVERRULED**.

3. Plaintiff's Motion for Preliminary Injunction (Doc. 23) is **DENIED**.

4. Plaintiff's "Motion to Supplement Record of Motion for Preliminary Injunction" (Doc. 186) is **DENIED AS MOOT**.

_____
Robert D. Mariani
United States District Judge