IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUMIA ABU-JAMAL, | : |
| Plaintiff, | : |
| v. | : 3:15-CV-967 |
| | : (JUDGE MARIANI) |
| JOHN KERESTES, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 10th DAY OF JANUARY, 2017, upon consideration of Plaintiff's Motion to File a Third Amended Complaint, (Doc. 179), and all related filings, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion to File a Third Amended Complaint, (Doc. 179), is **GRANTED**.

2. Plaintiff shall file the Third Amended Complaint, previously filed as an attachment to Plaintiff's Motion to File a Third Amended Complaint, (Doc. 179-1), **within 7 days of the date of this Order**.

Robert D. Mariani
United States District Judge