# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUMIA ABU-JAMAL, et al., : | |
|     Plaintiffs : | Civil Action No. 3:15-CV-00967 |
| : | |
| v. : | (Judge Mariani) |
| : | |
| JOHN KERESTES, et al., : | FILED ELECTRONICALLY |
|     Defendants : | |
| : | |

## CORRECTIONS DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT ON, PLAINTIFF'S AMENDED COMPLAINT

AND NOW come Defendants Kerestes, Oppman, Steinhart, Delbalso, Silva, Wetzel, Noel, Department of Corrections, Bureau of Healthcare Services Assistant Medical Director, and Bureau of Healthcare Services Infection Control Coordinator ("Corrections Defendants"), by and through their attorney, Laura J. Neal, Assistant Counsel, and hereby move this Court, pursuant to Fed. R. Civ. P. 12(b) to dismiss the claims against them for failure to state a claim and lack of jurisdiction, or to enter summary judgment in their favor pursuant to Fed. R. Civ. P. 56, for the reasons set forth in their supporting brief.

**WHEREFORE**, Defendants respectfully request that this Court dismiss the claims against them or enter summary judgment in their favor for the reasons set forth in their supporting brief.

                                              Respectfully submitted,

                                              Office of General Counsel

Dated: September 7, 2017      By:  /s/ Laura J. Neal
                                                  Laura J. Neal
                                                  Assistant Counsel
                                                  PA 81070
                                                  Pennsylvania Department of Corrections
                                                  Office of Chief Counsel
                                                  1920 Technology Parkway
                                                  Mechanicsburg, PA  17050
                                                  Tel:  (717) 728-7763
                                                  Fax:  (717) 728-0312
                                                  Counsel for Corrections Defendants

## CERTIFICATE OF NON-CONCURRENCE

The undersigned hereby certifies that, as set forth in the Joint Case Management plan submitted in this action, Plaintiff does not concur in this motion.

Respectfully submitted,

Office of General Counsel

Dated: September 7, 2017     By:   /s/ Laura J. Neal
                                    Laura J. Neal
                                    Assistant Counsel
                                    PA 81070
                                    Pennsylvania Department of Corrections
                                    Office of Chief Counsel
                                    1920 Technology Parkway
                                    Mechanicsburg, PA  17050
                                    Tel: (717) 728-7763
                                    Fax: (717) 728-0312

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUMIA ABU-JAMAL, et al., | : | |
|     Plaintiffs | : | Civil Action No. 3:15-CV-00967 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| JOHN KERESTES, et al., | : | |
|     Defendants | : | |
| | : | FILED ELECTRONICALLY |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel for the parties on the date of filing via ECF.

                                            s/ Laura J. Neal
                                            Laura J. Neal
                                            Assistant Counsel

PA Dept. of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA  17050
Tel:  (717) 728-7763
Dated:  September 7, 2017