IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MUMIA ABU-JAMAL,

    Plaintiff,

v.

JOHN KERESTES, et al.,

    Defendants.

3:15-CV-967
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 10TH DAY OF MAY, 2018**, upon consideration of the Medical Defendants' Motion to Dismiss, (Doc. 248), and the Corrections Defendants' Motion to Dismiss, (Doc. 251), **IT IS HEREBY ORDERED THAT:**

1. The Medical Defendants' Motion to Dismiss, (Doc. 248), is **DENIED**.

2. The Corrections Defendants' Motion to Dismiss, (Doc. 251), is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The Corrections Defendants' Motion to Dismiss is **GRANTED** with respect to Plaintiff's claims against the Pennsylvania Department of Corrections. All claims against the Pennsylvania Department of Corrections are **DISMISSED WITH PREJUDICE**.

    b. In all other respects, the Corrections Defendants' Motion to Dismiss is **DENIED**.

_____
Robert D. Mariani
United States District Court Judge