UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-2296
_____

MUMIA ABU-JAMAL

v.

JOHN KERESTES, Former Superintendent State Correctional Institution
Mahanoy;
THERESA DELBALSO, Superintendent State Correctional Institution Mahanoy;
JOSEPH SILVA, DOC Director of Bureau of Health Care Services;
PENNSYLVANIA DEPARTMENT OF CORRECTIONS;
JOHN WETZEL, Secretary of Pennsylvania Department of Corrections;
DR. PAUL NOEL, Director of Clinical Service;
DR. JAY COWAN, Correct Care Solutions;
CHRISTOPHER OPPMAN, DOC Director of Bureau of Health Care Services;
DR. JOHN LISIAK, SCI MAHANOY;
DR. SHAISTA KHANUM, SCI MAHANOY;
SCOTT SAXON, Physician's Assistant, SCI Mahanoy;
JOHN STEINHART, SCI MAHANOY, Chief Health Care Administrator

(District Court  No. 3-15-cv-00967)

MUMIA ABU-JAMAL

v.

JOHN WETZEL, Secretary of Pennsylvania Department of Corrections;
DR. PAUL NOEL, Director of Clinical Service;
BUREAU OF HEALTH CARE SERVICES ASSISTANT MEDICAL
DIRECTOR;
BUREAU OF HEALTH CARE SERVICES INFECTION CONTROL
COORDINATOR;
CORRECT CARE SOLUTIONS REPRESENTATIVE ON THE HEPATITIS
TREATMENT COMMITTEE;
CORRECT CARE SOLUTIONS;
JOSEPH SILVA, DOC DIRECTOR OF BUREAU OF HEALTH CARE

SERVICES;
TREATING PHYSICIAN SCI MAHANOY

(District Court No. 3-16-cv-02000)

John Wetzel, Paul Noel, Christopher Oppman, Joseph Silva, John Kerestes,
Theresa DelBalso,
John Steinhart, Bureau of Healthcare Services Assistant Medical Director, Bureau
of Healthcare
Services Infection Control Coordinator,
Appellants

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 3-15-cv-00967 & 3-16-cv-02000)
District Judge: Hon. Robert D. Mariani

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
July 12, 2019

_____

Before: SHWARTZ, KRAUSE, and FUENTES, <u>Circuit Judges</u>.

_____

JUDGMENT

_____

This cause came to be considered on the record of the United States District Court

for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit

L.A.R. 34.1(a) on July 12, 2019.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this

Court that the order of the District Court entered on May 10, 2018 is AFFIRMED IN

PART and the appeal is DISMISSED IN PART.  All of the above in accordance with the

Opinion of this Court.

ATTEST:
s/ Patricia S. Dodszuweit
Clerk

Dated: July 19, 2019