IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUMIA ABU-JAMAL, | *FILED ELECTRONICALLY* |
| vs. | CIV. ACTION NO. 15-CV-00967 |
| JOHN KERESTES, et al. | |

| | |
|---|---|
| MUMIA ABU-JAMAL, | |
| vs. | CIV. ACTION NO. 3:16-CV-2000 *(consolidated action)* |
| JOHN WETZEL, et al. | |

## DEFENDANTS, CORRECT CARE SOLUTIONS, LLC, DR. JAY COWAN, DR. JOHN LISIAK, DR. SHAISTA KHANUM, AND SCOTT SAXON, PA-C'S PARTIAL MOTION FOR SUMMARY JUDGMENT

Now come Defendants, Correct Care Solutions, LLC, Dr. Jay Cowan, Dr. John Lisiak, Dr. Shaista Khanum, and Scott Saxon, PA-C, by and through their attorneys, Weber Gallagher, having filed a Partial Motion for Summary Judgment, and in support thereof, state that the Brief includes the Argument and Exhibits that Defendants rely upon and, therefore, Defendants incorporate their Brief into the Motion.

      Respectfully submitted,

      WEBER GALLAGHER

BY: _____
      Samuel H. Foreman, Esquire
      sforeman@wglaw.com
      PA77096

      Caitlin J. Goodrich, Esquire
      cgoodrich@wglaw.com
      PA209256

      WEBER GALLAGHER
      Four PPG Place, 5th Floor
      Pittsburgh, PA 15222
      (412) 281-4541


Date:  January 30, 2020

## **CERTIFICATE OF SERVICE**

    I, Samuel H. Foreman, Esquire, hereby certify that on this date a true and correct copy of the foregoing **MOTION FOR SUMMARY JUDGMENT** was sent by CM/ECF notice to all counsel of record.

                                        */S/ Samuel H. Foreman*
                                        Samuell H. Foreman, Esquire

Dated:      January 30, 2020