# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLANIA

| | |
|---|---|
| MUMIA ABU-JAMAL | : Case No. 15-Cv-00967 |
| | : (RDM)(KM) |
| Plaintiff, | : |
| | : Judge Robert D. Mariani |
| v. | : |
| | : Magistrate Judge Karoline |
| JOHN KERESTES, et al. | : Mehalchick |
| | : |
| Defendants. | : NOT ELECTRONICALLY |
| | : FILED |

## MOTION TO FILE MOTION UNDER SEAL

Plaintiff, by and through undersigned counsel, respectfully submits this motion pursuant to Local Rule 5.8 and L.Cr.R 49 to file the accompanying motion under seal.

Respectfully submitted,

/s/ Bret D. Grote
Bret D. Grote
PA I.D. No. 317273
Abolitionist Law Center
P.O. Box 8654
Pittsburgh, PA  15221
Telephone:  (412) 654-9070
bretgrote@abolitionistlawcenter.org

Robert J. Boyle
277 Broadway
Suite 1501
New York, N.Y. 10007
(212) 431-0229
Rjboyle55@gmail.com
NYS ID# 1772094
*Pro hac vice*

*Counsel for Plaintiff*

February 13, 2020

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLANIA

| | |
|---|---|
| MUMIA ABU-JAMAL | : Case No. 15-Cv-00967 |
| | : (RDM)(KM) |
| Plaintiff, | : |
| | : Judge Robert D. Mariani |
| v. | : |
| | : Magistrate Judge Karoline |
| JOHN KERESTES, et al. | : Mehalchick |
| | : |
| Defendants. | : NOT ELECTRONICALLY FILED |

## CERTIFICATION

Pursuant to Local Rule of Civil Procedure 7.1, undersigned counsel for Plaintiff Mumia Abu-Jamal hereby certify that they sought and received concurrence in the foregoing motion from counsel for all defendants in this action

Dated: February 13, 2020

/s/ Bret D. Grote
Bret D. Grote
PA I.D. No. 317273
Abolitionist Law Center
P.O. Box 8654
Pittsburgh, PA 15221
Telephone: (412) 654-9070
bretgrote@abolitionistlawcenter.org

Robert J. Boyle
277 Broadway
Suite 1501
New York, N.Y. 10007

(212) 431-0229
Rjboyle55@gmail.com
NYS ID# 1772094
*Pro hac vice*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this Motion to file a motion under seal upon each defendant by sending a copy of the same to their counsel of record via first class mail

<u>Service First Class Mail:</u>

For the DOC defendants
Vincent R. Mazeski, Esquire
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050
vmazeski@pa.gov

For Correct Care Solutions Defendants:
Samuel H. Foreman, Esquire
Stapleton, Fires
4 PPG Place 5th floor,
Pittsburgh, PA 15222
sforeman@wglaw.com

/s/ Robert J. Boyle
Robert J. Boyle
277 Broadway
Suite 1501
New York, N.Y. 10007
(212) 431-0229
NY Bar No. 1772094
Admitted *Pro Hac Vice*

Dated: February 13, 2020