IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLANIA

| | |
|---|---|
| MUMIA ABU-JAMAL | : Case No. 15-Cv-00967 |
| | : (RDM)(KM) |
| Plaintiff, | : |
| | : Judge Robert D. Mariani |
| v. | : |
| | : Magistrate Judge Karoline |
| JOHN KERESTES, et al. | : Mehalchick |
| | : |
| Defendants. | : NOT ELECTRONICALLY |
| | FILED |

### PROPOSED ORDER

It is hereby ORDERED that plaintiff's motion to file the accompanying motion under seal is hereby GRANTED.

Dated:

_____
U.S.D.J.