IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLANIA

| | |
|---|---|
| MUMIA ABU-JAMAL | : Case No. 15-Cv-00967 |
| | : (RDM)(KM) |
| Plaintiff, | : |
| | : Judge Robert D. Mariani |
| v. | : |
| | : Magistrate Judge Karoline |
| JOHN KERESTES, et al. | : Mehalchick |
| | : |
| Defendants. | : NOT ELECTRONICALLY |
| | : FILED |

### STATEMENT IN SUPPORT OF SEALING ORDER

It is respectfully requested that the accompanying motion for an enlargement be filed under seal. The request for an enlargement is primarily based upon one counsel's serious health issues. This includes chemotherapy treatment and its resultant side effects. These facts are irrelevant to the merits of this case. Accordingly, while there is a presumption of open records, in this case they are outweighed by counsel's privacy interests. *See, Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

Wherefore it is respectfully requested that the motion for an enlargement and this statement be filed under seal.

Dated: February 13, 2020

ROBERT J. BOYLE

FILED SCRANTON
FEB 1 4 2020
PER_____ DEPUTY CLERK

FILED SCRANTON
FEB 1 4 2020
PER_____ DEPUTY CLERK