UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUMIA ABU-JAMAL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 3:15-CV-967 |
| | : | (JUDGE MARIANI) |
| JOHN KERESTES, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, THIS 9th DAY OF SEPTEMBER 2021, upon consideration of defendants John Kerestes, Theresa DelBalso, Joseph Silva, John Wetzel, Christopher Oppman, John Steinhart, and Dr. Paul Noel's "Motion for Summary Judgment," (Doc. 299), and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Summary Judgment is **DENIED** for defendant Noel as to Counts I and V;

2. Defendants' Motion for Summary Judgment is **GRANTED** for defendants Kerestes, Wetzel, Oppman, Steinhart, Delbalso, and Silva as to Counts I and V;

3. Defendants' Motion for Summary Judgment is **GRANTED** for all defendants as to Counts II, III, IV, and VI; and

4. Defendants' Motion for Summary Judgment is **GRANTED** as to the Plaintiff's claim for injunctive relief.

Robert D. Mariani
United States District Judge