UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MUMIA ABU-JAMAL,

    Plaintiff,

v.                                              :    3:15-CV-967
                                                :    (JUDGE MARIANI)
JOHN KERESTES, et al.,

    Defendants.

## ORDER

AND NOW, THIS 9th DAY OF SEPTEMBER 2021, upon consideration of defendants Correct Care Solutions, LLC, Dr. Jay Cowan, Dr. John Lisiak, Dr. Shaista Khanum, and physician assistant Scott Saxon's "Partial Motion for Summary Judgment," (Doc. 306), and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Partial Motion for Summary Judgment is **DENIED** for defendant Cowan as to Counts I and V;

2. Defendants' Partial Motion for Summary Judgment is **GRANTED** for defendants Lisiak, Khanum, Saxon, and Correct Care Solutions, LLC as to Counts I and V;

3. Defendants' Partial Motion for Summary Judgment is **GRANTED** for all defendants as to Counts II, III, IV, and VI; and

4. Defendants' Partial Motion for Summary Judgment is **GRANTED** as to the Plaintiff's claim for injunctive relief.

[signature]

Robert D. Mariani
United States District Judge