## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLANIA

| | | |
|---|---|---|
| **MUMIA ABU-JAMAL** | : | **Case No. 15-Cv-00967   (RDM)** |
| | : | |
| **Plaintiff,** | : | **Judge Robert D. Mariani** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN KERESTES, et al.** | : | **ELECTRONICALLY FILED** |
| | : | |
| **Defendants.** | : | |
| | : | |

### JOINT STATUS REPORT

The Parties, through their undersigned counsel, hereby report that mediated settlement negotiations in this case have resulted in an agreement that will resolve all remaining claims without the need for further litigation. The Parties respectfully ask for 60 days to complete paperwork that will finalize the resolution.


Respectfully submitted,

*/s/ Bret D. Grote*
Bret D. Grote
PA I.D. No. 317273
Abolitionist Law Center
P.O. Box 8654
Pittsburgh, PA  15221
Telephone:  (412) 654-9070
bretgrote@abolitionistlawcenter.org

*Counsel for Plaintiff*

*/s/ Robert J. Boyle*
Robert J. Boyle
277 Broadway
Suite 1501
New York, N.Y. 10007
(212) 431-0229
Rjboyle55@gmail.com
NYS ID# 1772094
*Pro hac vice*

*Counsel for Plaintiff*

  /s Samuel H. Foreman
Samuel H. Foreman, Esq.
PA 77096
WEBER GALLAGHER
Four PPG Place · Fifth Floor
Pittsburgh, PA  15222
(412)281-5813
sforeman@wglaw.com

*Counsel for Medical Defendants*

  /s Vincent R. Mazeski
Vincent R. Mazeski, Esq.
Chief Counsel's Office
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050
717-728-7763
Fax: 717-728-0307
Email: vmazeski@pa.gov

*Counsel for DOC Defendants*

November 2, 2021

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this Status Report upon each defendant in the following manner:

<u>Via ECF:</u>

For Defendant Noel:
Vincent Mazeski, Esquire
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050
vmazeski@pa.gov

For Defendants Lisiak, Khanum, Saxon, and Cowan:
Samuel H. Foreman, Esquire
Caitlin Goodrich, Esquire
sforeman@wglaw.com
cgoodrich@wglaw.com

/s/ Bret D. Grote
Bret D. Grote
PA I.D. No. 317273
Abolitionist Law Center
P.O. Box 8654
Pittsburgh, PA  15221
Telephone:  (412) 654-9070
bretgrote@abolitionistlawcenter.org

Dated: November 2, 2021