# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUMIA ABU-JAMAL** | : |
| Plaintiff, | : |
| v. | : 3:15-CV-967 |
| | : (JUDGE MARIANI) |
| **JOHN KERESTES, et al.,** | : |
| Defendants | : |

## ORDER

AND NOW, THIS **2ND** DAY OF NOVEMBER, 2021, upon receipt of the parties' letter advising the Court that "mediated settlement negotiations" in the above-captioned matter have "resulted in an agreement that will resolve all remaining claims without the need for further litigation" (Doc. 351), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge